# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.   Case No. 11-13347

J.A. THOMAS & ASSOCIATES, INC.,

    Defendant.
                                         /

## ORDER ADMINISTRATIVELY CLOSING THE CASE

The court held a telephonic status conference on December 19, 2012. The parties explained that they had agreed on a settlement and that it is expected to require about eight months for each side to complete its respective responsibilities. The case requires no further judicial management. The court will accordingly administratively close the case for statistical purposes. The parties are expected to notify the court when all terms of the settlement have been completed in order that the litigation may be more formally and finally terminated.

IT IS ORDERED that the case is ADMINISTRATIVELY CLOSED for statistical purposes only. The parties are DIRECTED to notify the court, and to proffer an agreed-upon proposed order, when a formal and final termination with prejudice may be entered.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  December 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 28, 2012, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522